# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

MARK H. MURDOCH,                    )
                                    )
     **Plaintiff,**                     )
                                    )
**v.**                              )          **Case No. CIV-24-509-SM**
                                    )
MARTIN J. O'MALLEY,                 )
Commissioner of Social Security,    )
                                    )
     **Defendant.**                     )

## ORDER

Now before the Court is the Report and Recommendation (Doc. No. 5) of United States Magistrate Judge Suzanne Mitchell, issued on June 11, 2024. Judge Mitchell recommended that this matter be dismissed due to Plaintiff Mark H. Murdoch's failure to comply with the Court's order to cure the deficiencies in his *in forma pauperis* application.

Although no objection to the Report and Recommendation was filed within the time allowed, Plaintiff has now submitted an amended *in forma pauperis* application (Doc. No. 7-1). The application is accompanied by a letter (Doc. No. 7) explaining that his unhoused status and other extenuating circumstances have prevented him from timely responding. Plaintiff also represents that his financial situation has changed. *See id.*

In light of these new filings, the Court ADOPTS the reasoning of the Report and Recommendation (Doc. No. 5) but declines to dismiss the matter at this time.

IT IS SO ORDERED this 26th day of July, 2024.

CHARLES B. GOODWIN
United States District Judge